(132 So. 435)

## ROBERTS v. MORGAN COUNTY NAT. BANK.

### 8 Div. 157.

Court of Appeals of Alabama.

Feb. 10, 1931.

J. N. Powell, of Falkville, for appellant.

Tennis Tidwell, of Decatur, for appellee.

BRICKEN, P. J.

Action of assumpsit. Judgment for plaintiff (appellee) in the sum of $247.88. Motion for new trial overruled and exception reserved. Citation of appeal regularly appears. However, the cause is here submitted on motion of appellee to affirm. This motion is granted. No errors are assigned, and no appellant's brief filed, as the law and rules of practice require.

Affirmed.